```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                              Plaintiff,                    :
                                                            :     16 Cr. 763-02 (LGS)
              -against-                                     :
                                                            :     ORDER
PAUL J MATHIEU,                                             :
                              Defendant,                    :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Paul J Mathieu's sentencing hearing previously scheduled for December 10, 2019 at 11:00 a.m.., is adjourned **December 11, 2019 at 5:00 p.m. in Courtroom 110 of the Thurgood Marshal Courthouse**.

Dated: December 9, 2019
       New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**