USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
UNITED STATES OF AMERICA, :
                    Plaintiff, :
:  16 Cr. 763-02 (LGS)
     -against- :
: ORDER AMENDING
PAUL MATHIEU, : PRESENTENCE
                   Defendant, : INVESTIGATION
-----------------------------------------------------------------X  REPORT

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the Presentence Investigation Report dated July 31, 2019, is amended as follows:

1) Paragraph 60 shall be deleted and replaced with the following: "According to the Government, as stipulated at the sentencing hearing on December 11, 2019, **MATHIEU** is responsible for an intended loss of $23,562,424.  This loss amount includes $22,331,208 in Medicare fraudulent claims submitted by the three clinics that **MATHIEU** claimed to have owned (the Medical Office of Paul J. Mathieu, Sunlight Medical, and Ocean View Medical), as well as $634,393 in individual billing and referrals at the three other Burman clinics.  The remaining $596,823 represents Medicaid payments issued to Universal Supply Depot based on fraudulent prescriptions/referrals from **MATHIEU** for products dispensed in or after May 2009.  **MATHIEU** is responsible for causing an actual loss of $16,359,344, which is owed to Medicare (CMS) ($15,762,521) and New York State Medicaid ($596,823)."

2) Paragraph 74 shall be deleted and replaced with the following: "The provisions of the Mandatory Victim Restitution Act of 1996 apply to this Title 18 offense.  The total restitution owed by Mathieu is $16,359,344, which is owed to Medicare (CMS) ($15,762,521) and New York State Medicaid ($596,823)."

3) Paragraph 80 shall be deleted and replaced with the following: "**Specific Offense Characteristics:** Mathieu is responsible for an intended loss of $23,562,424. Therefore, a 20-level increase is warranted, pursuant to §2B1.1(b)(1)(L)  **+20**."

4) Paragraph 84 shall be deleted and replaced with the following: The Court held at the sentencing hearing on December 11, 2019, that a two-level enhancement is warranted because Mathieu testified untruthfully at trial about his conduct in the instant offense.  **+2**"

5) Paragraph 135 shall be amended by deleting the first paragraph and replacing it with the following: "**Statutory Provisions:** Pursuant to 18 U.S.C. § 3663A, restitution in the total amount of $16,359,344.  Medicare (CMS) is owed $15,762,521 and New York State Medicaid is owed $596,823.  Payments can be forwarded to:"

6) Page 28 – The Restitution amount should be changed in all three columns to $16,359,344.

7) Page 32, the paragraph under the heading "Restitution" shall be deleted and replaced with the following:  "The provisions of the Mandatory Victim Restitution Act of 1996 apply to this Title 18 offense.  The total restitution owed by Mathieu is $16,359,344, which is owed to Medicare (CMS) ($15,762,521) and New York State Medicaid ($596,823).  Payments can be forwarded to the Clerk of Court for disbursement to:"

8) A copy of this Order shall be appended to all copies of the Presentence Investigation Report and made a part thereof.

Dated: December 19, 2019
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**