USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: Dec 19, 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA    :

   - v. -    :    ORDER OF RESTITUTION

PAUL J. MATHIEU,    :    S3 16 Cr. 763 (LGS)

   Defendant.    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, David Raymond Lewis, Stephen J. Ritchin, and Timothy V. Capozzi, Assistant United States Attorneys, of counsel; the presentence report; the Defendant's conviction on Counts One through Five of the above Indictment; and all other proceedings in this case,

IT IS HEREBY ORDERED that:

1. Amount of Restitution. PAUL J. MATHIEU, the Defendant, shall pay restitution in the total amount of $16,359,344 to the victims of the offenses charged in Counts One through Five. Specifically, MATHIEU shall pay restitution of $15,762,521 to the federal Medicare Program; and $596,823 to the New York State Medicaid Program. Payments shall be made to the Clerk of the Court and mailed to the United States Courthouse, 500 Pearl Street, New York, New York 10007, attn: Cashier. The Clerk shall forward all payments owed to the Medicare Program to:

    Centers for Medicaid and Medicare Services ("CMS")
    Division of Accounting Operations
    P.O. Box 7520
    Baltimore, MD 21207-0520

And the Clerk shall forward all payments owed to the New York State Medicaid Program to:

    Bureau of Collections Management
    Attn: Linda Abraham

New York State Medicaid
800 North Pearl Street
Albany, New York 12204

Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

    2. Schedule of Payments.

        a. If, during any period of incarceration, PAUL J. MATHIEU is engaged in a BOP non-UNICOR work program, Defendant shall pay $25 per quarter toward the judgment. However, if Defendant participates in the BOP's UNICOR program as a grade 1 through 4, Defendant must pay 50% of his monthly UNICOR earnings toward the judgment, consistent with BOP regulations at 28 C.R.F. § 545.11.

        b. Following any period of incarceration, PAUL J. MATHIEU shall pay any remaining restitution in monthly installments of at least 10% of his gross monthly income, commencing on the last day of the first full month following her release from incarceration.

    3. Joint and Several Liability. Defendant's liability for restitution shall be joint and several with that of any other defendant ordered to make restitution for the offenses in this matter, specifically

        a. Aleksandr Burman, under docket number 16 Cr. 190 (PGG); and

        b. Ewald J. Antoine, Mustak Y. Vaid, Hatem Behiry, Lina Zhitnik, Asher Oleg Kataev, Alla Tsirlin, Marina Burman, Edward Miselevich, and Ivan Voychak, under docket number 17 Cr. 763 (LGS).

    4. Defendant's liability for restitution shall continue unabated until either the Defendant has paid the full amount of restitution ordered herein, or the victim has been paid the total amount of its loss from all the restitution paid by the Defendant and co-defendants in this matter.

Dated: New York, New York
       December 19, 2019

SO ORDERED

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE