# SPEARS MANNING

JOSEPH W. MARTINI
jmartini@spearsmanning.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: March 16, 2020

March 11, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Application Granted. Pretrial Services is directed
to release Defendant Mathieu's United States and
Canadian passports to Mr. Carl Severe. The Clerk
of the Court is directed to terminate the letter
motion at docket number 755.

Dated: March 16, 2020
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

Re:  **United States v. Paul J. Mathieu, et al.**
     **Docket No.: 1:16cr763-LGS**

Dear Judge Schofield:

I write to request that the Court enter an Order permitting Pretrial Services to return Dr.
Mathieu's United States and Canadian passports. As a condition of his release, Dr. Mathieu was
ordered to surrender his United States and Canadian passports to Pretrial Services. Now that Dr.
Mathieu has surrendered to serve the sentence imposed by the Court, we respectfully request that
the Court allow the return of his passports to his cousin, Carl Severe. The Government and
Pretrial Services have been contacted, and neither has an objection to this request.

Respectfully Submitted,

Joseph W. Martini

JWM/aas

cc:  David Lewis, Esq.
     Mr. Jonathan Lettieri